FILED: June 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1699
(1:23-cv-01756-CMH-WEF)

_____

BRIAN O'CONNOR, Administrator Estate of Hyo Jung Kim

  Plaintiff - Appellant

v.

FAIRFAX TAXI, INC.; EVELYN KENIN, Administrator Estate of Amoah Gyimah; RED TOP CAB, LLC

  Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:23-cv-01756-CMH-WEF |
| Date notice of appeal filed in originating court: | 06/17/2025 |
| Appellant | Brian O'Connor |
| Appellate Case Number | 25-1699 |
| Case Manager | Paige L. Ballard<br>804-916-2702 |