# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 15, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 25-1699 (L), <u>Brian O'Connor v. Fairfax Taxi, Inc.</u>
1:23-cv-01756-CMH-WEF

TO: Brian O'Connor
Sung-Chul Jung

FILING CORRECTION DUE: September 22, 2025

Please make the correction identified below and file a corrected document by the date indicated.

[✓] Incorrect event used. Please refile document using

Event: BRIEF (formal briefs not under seal) then Type of Brief: OPENING.

P. Ballard, Deputy Clerk
804-916-2702